MEMORANDUM OPINION


No. 04-08-00131-CR



Brian Alan BOBBITT,


Appellant



v.



The STATE of Texas,


Appellee



From the County Court at Law No.1, Bexar County, Texas


Trial Court No. 977229


Honorable Al Alonso, Judge Presiding



PER CURIAM


Sitting: Catherine Stone, Justice

 Karen Angelini, Justice

 Sandee Bryan Marion, Justice


Delivered and Filed: July 23, 2008


DISMISSED

 Appellant has filed a motion to dismiss this appeal. The motion is granted, and this appeal
is dismissed. See Tex. R. App. P. 42.2(a).

 PER CURIAM

DO NOT PUBLISH